**Ernest B. TOLLE, Plaintiff,**

v.

**Bill PETTERSON, Defendant,**

**Jim Carroll, Trustee For Banner Farms, Intervenor–Appellant.**

**No. WD 41715.**

Missouri Court of Appeals, Western District.

Feb. 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

Jim Carroll, Polo, pro se intervenor.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM.

Intervenor appeals the default judgment of Ernest B. Tolle against Bill Petterson for $876.25 in small claims court.

The appeal is dismissed. Rule 84.16(b).